B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Chapter 13 Plan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Diagnostics Research Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**90-0651308** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4001 S. Decatur Blvd., Ste. 37-369**<br>**Las Vegas, NV**<br><br>ZIP Code **89103** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) | Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Diagnostics Research Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)           (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Diagnostics Research Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Samuel A. Schwartz. Esq.**
Signature of Attorney for Debtor(s)

**Samuel A. Schwartz. Esq. 10985**
Printed Name of Attorney for Debtor(s)

**The Schwartz Law Firm, Inc.**
Firm Name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**

_____
Address

**Email: sam@schwartzlawyers.com**
**(702) 385-5544  Fax: (702) 385-2741**
Telephone Number

**July 31, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ W. Stanton Sutton**
Signature of Authorized Individual

**W. Stanton Sutton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 31, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**ACTION BY WRITTEN CONSENT OF THE DIRECTOR OF
DIAGNOSTICS RESEARCH CORPORATION**

The undersigned, constituting the Director of Diagnostics Research Corporation. a Nevada corporation (the "**Company**"), hereby consents to and takes the following action:

RESOLVED, that the Director of the Company hereby authorizes, directs and empowers W. Stanton Sutton, as President, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company; and

IT IS HEREBY FURTHER RESOLVED that W. Stanton Sutton is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified here, including the retention of The Schwartz Law Firm, Inc., as the Company's bankruptcy counsel; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by W. Stanton Sutton in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the Director of Diagnostics Research Corporation does hereby execute this Action by Written Consent as of the date indicated below.

**W. STANTON SUTTON**

By: _____          _____1/29/2014____
     W. Stanton Sutton, Director                                   DATE

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Chapter 13 Plan

In re  **Diagnostics Research Corporation**                                Case No. _____
                                                    Debtor(s)        Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Blue West Medical<br>Attn: Wil Wengert<br>701 S. Olive Ave., #611<br>West Palm Beach, FL 33401 | Blue West Medical<br>Attn: Wil Wengert<br>701 S. Olive Ave., #611<br>West Palm Beach, FL 33401 | Commission | | 4,573.80 |
| Carolina Pine Medical Solutions<br>Attn: Kathy Stanczak<br>1960 NC Hwy 222 W<br>Fremont, NC 27830 | Carolina Pine Medical Solutions<br>Attn: Kathy Stanczak<br>1960 NC Hwy 222 W<br>Fremont, NC 27830 | Commission | | 4,132.80 |
| Effortless Office Enterprises, LLC<br>c/o BFC<br>P.O. Box 370205<br>Las Vegas, NV 89137 | Effortless Office Enterprises, LLC<br>c/o BFC<br>P.O. Box 370205<br>Las Vegas, NV 89137 | IP support/maintanence | | 6,245.21 |
| Greenberg Traurig, LLP<br>3773 Howard Hughes Pkwy, Ste. 500<br>Las Vegas, NV 89169 | Greenberg Traurig, LLP<br>3773 Howard Hughes Pkwy, Ste. 500<br>Las Vegas, NV 89169 | Legal Service Fees - Dispute? | Disputed | 16,424.40 |
| Inspired MD, LLC<br>Attn: AJ Rastogi<br>2711 Centerville Rd., Ste. 400<br>Wilmington, DE 19808 | Inspired MD, LLC<br>Attn: AJ Rastogi<br>2711 Centerville Rd., Ste. 400<br>Wilmington, DE 19808 | Commissions | | 3,729.60 |
| IPFS Corporation<br>1055 Broadway, 11th Floor<br>Kansas City, MO 64105 | IPFS Corporation<br>1055 Broadway, 11th Floor<br>Kansas City, MO 64105 | Financing for D&O insurance policy | | 4,817.28 |
| Jennifer Ashley<br>P.O. Box 283<br>Sellersburg, IN 47172 | Jennifer Ashley<br>P.O. Box 283<br>Sellersburg, IN 47172 | Commission | | 3,889.20 |
| Kenneth P. Roberts, Esq.<br>6355 Topanga Canyon Blvd., Ste. 403<br>Woodland Hills, CA 91367 | Kenneth P. Roberts, Esq.<br>6355 Topanga Canyon Blvd., Ste. 403<br>Woodland Hills, CA 91367 | Legal Service Fees | | 5,000.00 |
| KLJ Group<br>Attn: Kevin Panus<br>6127 Piping Rock<br>Houston, TX 77057 | KLJ Group<br>Attn: Kevin Panus<br>6127 Piping Rock<br>Houston, TX 77057 | Commission | | 2,608.20 |

B4 (Official Form 4) (12/07) - Cont.

In re   __Diagnostics Research Corporation__                      Case No. _____
                                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Lewis and Roca, LLP<br>3993 Howard Hughes Pkwy #600<br>Las Vegas, NV 89169 | Lewis and Roca, LLP<br>3993 Howard Hughes Pkwy #600<br>Las Vegas, NV 89169 | Legal Service Fees - Dispute? | | 48,928.91 |
| Lisa L. DuPere<br>10243 Largo Sassetta Court<br>Las Vegas, NV 89135 | Lisa L. DuPere<br>10243 Largo Sassetta Court<br>Las Vegas, NV 89135 | Wages | | 27,859.40 |
| Mark Philips<br>814 Cordova Drive<br>Orlando, FL 32804 | Mark Philips<br>814 Cordova Drive<br>Orlando, FL 32804 | Commission | | 6,699.70 |
| MS Crescent 3980 Hughes SPV, LLC<br>3800 Howard Hughes Pkwy, Ste. 150<br>Attn: Property Manager<br>Las Vegas, NV 89169 | MS Crescent 3980 Hughes SPV, LLC<br>3800 Howard Hughes Pkwy, Ste. 150<br>Attn: Property Manager<br>Las Vegas, NV 89169 | Commercial Lease | Disputed | 297,966.84 |
| MS Medical<br>Attn: Gary Straus<br>2212 Scarlet Rose Drive<br>Las Vegas, NV 89134 | MS Medical<br>Attn: Gary Straus<br>2212 Scarlet Rose Drive<br>Las Vegas, NV 89134 | Commission | | 26,955.60 |
| New Wave Biosciences<br>Attn: Brad Cole<br>910 Belle Ave. #1148<br>Winter Springs, FL 32708 | New Wave Biosciences<br>Attn: Brad Cole<br>910 Belle Ave. #1148<br>Winter Springs, FL 32708 | Commission | | 7,416.22 |
| Pisanelli Bice PLLC<br>3883 Howard Hughes Pkwy, Ste. 800<br>Las Vegas, NV 89169 | Pisanelli Bice PLLC<br>3883 Howard Hughes Pkwy, Ste. 800<br>Las Vegas, NV 89169 | Legal Service Fees | | 16,050.70 |
| RBC Distribution Technologies<br>Attn: Riley Allen<br>429 S. Keller Road #300<br>Orlando, FL 32810 | RBC Distribution Technologies<br>Attn: Riley Allen<br>429 S. Keller Road #300<br>Orlando, FL 32810 | Commission | Contingent<br>Unliquidated<br>Disputed | 66,021.36 |
| Sands Surgical, LLC<br>Attn: Mike Sands<br>7614 Currin Drive<br>Dallas, TX 75230 | Sands Surgical, LLC<br>Attn: Mike Sands<br>7614 Currin Drive<br>Dallas, TX 75230 | Commission | | 2,847.60 |
| Telepacific Communications<br>3300 North Cimarron Road<br>Las Vegas, NV 89129 | Telepacific Communications<br>3300 North Cimarron Road<br>Las Vegas, NV 89129 | Utility provider (telephone and internet) | | 5,530.13 |
| Unlimited Technology Systems, LLC<br>8044 Montgomery Road, Ste. 450<br>Cincinnati, OH 45236 | Unlimited Technology Systems, LLC<br>8044 Montgomery Road, Ste. 450<br>Cincinnati, OH 45236 | Software Licensing Services | | 16,100.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Diagnostics Research Corporation**          Case No.  _____

                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 31, 2014**                Signature   **/s/ W. Stanton Sutton**
                                                 **W. Stanton Sutton**
                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Chapter 13 Plan

In re **Diagnostics Research Corporation** ,

Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 58,263.84 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,220,416.74 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | 131,278.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 925,586.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 9 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 58,263.84 | | |
| Total Liabilities | | | | 3,277,281.70 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Chapter 13 Plan

In re    **Diagnostics Research Corporation**                                           ,    Case No. _____

                                                                        Debtor

                                                                                 Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Diagnostics Research Corporation**
_____,
                                    Debtor

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Diagnostics Research Corporation**                                            ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank Checking Account number ending in 0887 | - | 6,042.32 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | MS Crescent 3980 Hughes SPV, LLC | - | 16,092.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Hartford Workers Compensation and Employers' Liability Policy Policy No. ending in 9942 | - | 0.00 |
| | | D&O (Directors/Officers) policy | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 22,134.32 |
|---|---|---|
| | (Total of this page) | |

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Diagnostics Research Corporation**                                      ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable as of 07/28/2014** | - | **24,774.00** |
| | | **Accounts Receivable - Josh Ulrich** | - | **11,355.52** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **36,129.52**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Diagnostics Research Corporation**                                              ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Intellectual Property  - Patents/Trademark** | **-** | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Nevada State Business License No.: NV20111055172** | **-** | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer List** | **-** | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | | Sub-Total > | **0.00** |
|---|---|---|---|---|
|  | | | (Total of this page) | |
|  | | | Total > | **58,263.84** |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Diagnostics Research Corporation** _____,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Secured Business Loan | | | | | |
| **Joe Harris** **6881 Loyola Drive** **Huntington Beach, CA 92647** | | - | | | | | | | |
| | | | | Value $          **Unknown** | | | | **75,000.00** | **Unknown** |
| Account No. | | | | 2010-2013 | | | | | |
| **W. Stanton Sutton** **P.O. Box 7** **Homewood, CA 96141** | | - | | Business Loan Intellectual Property | | | | | |
| | | | | Value $          **Unknown** | | | | **2,145,416.74** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

___**0**___ continuation sheets attached

| | Subtotal (Total of this page) | **2,220,416.74** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **2,220,416.74** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re **Diagnostics Research Corporation**                              Case No. _____
                                                    ,
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**4**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Diagnostics Research Corporation** ,  Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | 11/30/2012-06/30/2014 | | | | | |
| **Align Medical Systems** Attn: Calvert Brown 751 E. Southlake Blvd., #130 Southlake, TX 76092 | - | | | Commission | | | | | 1,732.28 |
| | | | | | | | | 1,864.58 | 132.30 |
| **Account No.** | | | | 06/30/2014 | | | | | |
| **Allegiance Medical, LLC** Attn: Kurtis Doerr 27400 Crow Road Eugene, OR 97402 | - | | | Commissions | | | | | 0.00 |
| | | | | | | | | 1,024.00 | 1,024.00 |
| **Account No.** | | | | 02/28/2013-06/30/2014 | | | | | |
| **Blue West Medical** Attn: Wil Wengert 701 S. Olive Ave., #611 West Palm Beach, FL 33401 | - | | | Commission | | | | | 3,024.00 |
| | | | | | | | | 4,573.80 | 1,549.80 |
| **Account No.** | | | | 04/30/2014-06/30/2014 | | | | | |
| **Bransen Medical Solutions** Attn: Eric Hansen 31741 Contijo Way Trabuco Canyon, CA 92679 | - | | | Commissions | | | | | 0.00 |
| | | | | | | | | 1,149.00 | 1,149.00 |
| **Account No.** | | | | 02/28/2013-06/30/2014 | | | | | |
| **Carolina Pine Medical Solutions** Attn: Kathy Stanczak 1960 NC Hwy 222 W Fremont, NC 27830 | - | | | Commission | | | | | 3,912.30 |
| | | | | | | | | 4,132.80 | 220.50 |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 8,668.58 |
| (Total of this page) | 12,744.18 | 4,075.60 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Diagnostics Research Corporation**                              ,      Case No. _____

                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dismas Diagnostics**<br>**Attn: Shirley Callejo**<br>**10 Via Tiberius Way**<br>**Henderson, NV 89011** | | - | 05/31/2014-06/30/2014<br><br>Commissions | | | | <br><br><br>1,552.00 | 0.00<br><br><br>1,552.00 |
| Account No.<br><br>**Henry Peer**<br>**2340 Hickory Hill Lane**<br>**Highland, IL 62249** | | - | 05/31/14-06/30/14<br><br>Commission | | | | <br><br><br>699.30 | 0.00<br><br><br>699.30 |
| Account No.<br><br>**Integrative Solutions, LLC**<br>**Attn: Robert Rosenburg**<br>**1525 Mesa Verde East Dr., #201**<br>**Costa Mesa, CA 92626** | | - | 05/31/2014-06/30/2014<br><br>Commissions | | | | <br><br><br>352.00 | 0.00<br><br><br>352.00 |
| Account No.<br><br>**Jennifer Ashley**<br>**P.O. Box 283**<br>**Sellersburg, IN 47172** | | - | 01/31/2013-06/30/2014<br><br>Commission | | | | <br><br><br>3,889.20 | 2,940.00<br><br><br>949.20 |
| Account No.<br><br>**KLJ Group**<br>**Attn: Kevin Panus**<br>**6127 Piping Rock**<br>**Houston, TX 77057** | | - | 01/31/2013-06/30/2014<br><br>Commission | | | | <br><br><br>2,608.20 | 1,877.40<br><br><br>730.80 |

Sheet __2__ of __4__ continuation sheets attached to       Subtotal                          | 4,817.40
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)   9,100.70   | 4,283.30

B6E (Official Form 6E) (4/13) - Cont.

In re **Diagnostics Research Corporation**                                    Case No. _____

_____,
                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |  |
| Account No. MS Medical Attn: Gary Straus 2212 Scarlet Rose Drive Las Vegas, NV 89134 | - |  |  | 11/30/2012-06/30/2014 Commission |  |  |  | 26,955.60 | 21,268.80 / 5,686.80 |
| Account No. New Wave Biosciences Attn: Brad Cole 910 Belle Ave. #1148 Winter Springs, FL 32708 | - |  |  | 02/28/2012-06/30/2014 Commission |  |  |  | 7,416.22 | 6,858.22 / 558.00 |
| Account No. RBC Distribution Technologies Attn: Riley Allen 429 S. Keller Road #300 Orlando, FL 32810 | - |  |  | 03/12/2012-06/30/2014 Commission | X | X | X | 66,021.36 | 62,442.86 / 3,578.50 |
| Account No. Ronald Pringle 1280 Glenneyre Laguna Beach, CA 92651 | - |  |  | 04/30/2014-06/30/2014 Commissions |  |  |  | 13.00 | 0.00 / 13.00 |
| Account No. Samia Solutions, LLC Attn: Michael Roub 6303 Owensmouth Ave., 10th Floor Woodland Hills, CA 91367 | - |  |  | 01/31/2013-03/31/2014 Commission |  |  |  | 1,117.20 | 1,100.40 / 16.80 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 91,670.28 |
|---|---|---|
| | (Total of this page) | 101,523.38 | 9,853.10 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Diagnostics Research Corporation_____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | 02/28/2013-06/30/2014 | | | | | | |
| Sands Surgical, LLC Attn: Mike Sands 7614 Currin Drive Dallas, TX 75230 | - | | | Commission | | | | | 2,608.20 | |
| | | | | | | | | 2,847.60 | | 239.40 |
| Account No. | | | | 02/28/2013-06/30/2014 | | | | | | |
| Star Medical Alliance Attn: Robert Kevakian 23679 Calabasas Rd., #613 Calabasas, CA 91302 | - | | | Commission | | | | | 1,562.40 | |
| | | | | | | | | 2,484.00 | | 921.60 |
| Account No. | | | | 01/31/2013-05/31/2014 | | | | | | |
| Virtual Physicians Network Attn: George England 1030 N. Orange Ave., #300 Orlando, FL 32801 | - | | | Commission | | | | | 2,318.40 | |
| | | | | | | | | 2,578.80 | | 260.40 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet _4___ of _4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | | 6,489.00 | |
| (Total of this page) | 7,910.40 | | 1,421.40 |
| Total | | 111,645.26 | |
| (Report on Summary of Schedules) | 131,278.66 | | 19,633.40 |

B6F (Official Form 6F) (12/07)

In re   **Diagnostics Research Corporation**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **Vendor** | | | | |
| **Acteion** **6008 Royal Oak Drive** **Arlington, TX 76016** | | | | | | | | 0.00 |
| Account No. **xx5953** | | - | | **Payroll Services - take out?** | | | | |
| **ADP - Automatic Data Processing, Inc.** **(Major Accounts)** **1 ADP Boulevard** **Roseland, NJ 07068** | | | | | | | | 0.00 |
| Account No. | | - | | **Workers Comp Insurance Agent - take out?** | | | | |
| **ADP Insurance Agency** **P.O. Box 33015** **San Antonio, TX 78265** | | | | | | | | 0.00 |
| Account No. | | - | | **Dental Insurance** | | | | |
| **Ameritas Group** **P.O. Box 30284** **Tampa, FL 33630-3284** | | | | | | | | 1,000.00 |

___7___  continuation sheets attached

Subtotal
(Total of this page)                        1,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Diagnostics Research Corporation_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BDM Medical, LLC**<br>**Attn: Michael Miller**<br>**31741 Contijo Way**<br>**Coto De Caza, CA 92679** | - | | 04/30/2013-09/30/2013<br>Commission | | | | 478.80 |
| Account No.<br><br>**Bryce DuPere**<br>**10243 Largo Sassetta Court**<br>**Las Vegas, NV 89135** | - | | 08/31/2012-04/15/2013<br>Wages | | | | 64,578.00 |
| Account No.<br><br>**Cera Consulting**<br>**Attn: Chris Cera**<br>**10 Kincaid Road**<br>**Boonton, NJ 07005** | - | | 04/30/2013-12/31/2013<br>Commission | | | | 170.10 |
| Account No.<br><br>**CL Printing & Copy Center**<br>**1210 SW Highland Avenue**<br>**Redmond, OR 97756** | - | | Vendor | | | | 0.00 |
| Account No. **xxxxxxx #xxx-xxxxx-xxM0G2**<br><br>**Data Resolution**<br>**29222 Rancho Viejo Rd., Suite 103**<br>**San Juan Capistrano, CA 92675** | - | | 2013<br>Computer Hosting Cloud Services | | | | 1,150.00 |

Sheet no. __1___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,376.90

B6F (Official Form 6F) (12/07) - Cont.

In re  **Diagnostics Research Corporation**                                      ,  Case No. _____
                                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | IP support/maintanence | | | | |
| Effortless Office Enterprises, LLC c/o BFC P.O. Box 370205 Las Vegas, NV 89137 | | - | | | | | | | 6,245.21 |
| Account No. | | | | | 12/31/2012-03/31/2013 Commission | | | | |
| Four Points Medical Attn: Darin Cecil 7078 Lake Run Drive Birmingham, AL 35242 | | - | | | | | | | 1,467.90 |
| Account No. xx1353 | | | | | 2011-2012 Legal Service Fees - Dispute? | | | X | |
| Greenberg Traurig, LLP 3773 Howard Hughes Pkwy, Ste. 500 Las Vegas, NV 89169 | | - | | | | | | | 16,424.40 |
| Account No. | | | | | Vendor | | | | |
| Healthplan Services, Inc. P.O. Box 864793 Orlando, FL 32886-4793 | | - | | | | | | | 0.00 |
| Account No. | | | | | 10/31/2012-05/31/2013 Commissions | | | | |
| Inspired MD, LLC Attn: AJ Rastogi 2711 Centerville Rd., Ste. 400 Wilmington, DE 19808 | | - | | | | | | | 3,729.60 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,867.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Diagnostics Research Corporation**                          ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Integrity Medical Sales**<br>**Attn: Heather Goldin**<br>**6934 74th St., Circle E**<br>**Bradenton, FL 34203** | - | | | **11/30/2014**<br>**Commission** | | | | 6.30 |
| Account No. **xxx-xx4628**<br><br>**IPFS Corporation**<br>**1055 Broadway, 11th Floor**<br>**Kansas City, MO 64105** | - | | | **Financing for D&O insurance policy** | | | | 4,817.28 |
| Account No.<br><br>**Janice Palmer, Palamino Group**<br>**25248 Lincoln Drive NE**<br>**Isanti, MN 55040** | - | | | **Reimbursement Consulting Services** | | | | 0.00 |
| Account No.<br><br>**Jeffrey Carlson**<br>**1493 Valecroft Avenue**<br>**Westlake Village, CA 91361** | - | | | **05/31/2011-04/15/2013**<br>**Wages** | | | | 243,640.00 |
| Account No.<br><br>**Jeffrey Swanson**<br>**284 SW Wyatt Street**<br>**Dallas, OR 97338** | - | | | **2012-2013**<br>**Business Loan** | | | | 74,259.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

322,722.58

B6F (Official Form 6F) (12/07) - Cont.

In re  **Diagnostics Research Corporation**                                              , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> Jeffrey Swanson <br> 284 SW Wyatt Street <br> Dallas, OR 97338 | | - | | 04/30/2012-04/15/2013 <br> Wages | | | | 83,124.93 |
| Account No. <br><br> Kenneth P. Roberts, Esq. <br> 6355 Topanga Canyon Blvd., Ste. 403 <br> Woodland Hills, CA 91367 | X | - | | 2013 <br> Legal Service Fees | | | | 5,000.00 |
| Account No. xxx2235 <br><br> Ladco Leasing <br> 7300 Chapman Highway <br> Knoxville, TN 37920 | | | | 2011 <br> Merchant Services Virtual Terminal | | | | 0.00 |
| Account No. xxxxx-x0001 <br><br> Lewis and Roca, LLP <br> 3993 Howard Hughes Pkwy #600 <br> Las Vegas, NV 89169 | | - | | 2011-2012 <br> Legal Service Fees - Dispute? | | | | 48,928.91 |
| Account No. <br><br> Lisa L. DuPere <br> 10243 Largo Sassetta Court <br> Las Vegas, NV 89135 | | - | | 01/15/2013-04/15/2013 <br> Wages | | | | 27,859.40 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

164,913.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Diagnostics Research Corporation**                                         ,          Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Mark Philips**<br>**814 Cordova Drive**<br>**Orlando, FL 32804** | - | | | 06/30/2012-01/31/2013<br>Commission | | | | 6,699.70 |
| Account No. **xxxxxxxxx/xx0-031**<br><br>**MS Crescent 3980 Hughes SPV, LLC**<br>**3800 Howard Hughes Pkwy, Ste. 150**<br>**Attn: Property Manager**<br>**Las Vegas, NV 89169** | - | | | 06/01/2013-Present<br>Commercial Lease | | | X | 297,966.84 |
| Account No.<br><br>**NY Software Consulting**<br>**4186 Magellan Court**<br>**Dublin, CA 94568** | - | | | Vendor | | | | 0.00 |
| Account No.<br><br>**October 7, Inc.**<br>**316 6th Street #3**<br>**Jersey City, NJ 07302** | - | | | Vendor | | | | 0.00 |
| Account No.<br><br>**Office Smith**<br>**Attn: Michael Arst**<br>**1402 Vino Blanc Ct.**<br>**Southlake, TX 76092** | - | | | 08/31/2012-05/31/2013<br>Commission | | | | 346.50 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

305,013.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Diagnostics Research Corporation**                              ,     Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Orgill/Singer & Associates**<br>**8360 W. Sahara Ave., Ste. 110**<br>**Las Vegas, NV 89117** | | - | | **Business Insurance Broker** | | | | **0.00** |
| Account No. **xxxx1-001**<br><br>**Pisanelli Bice PLLC**<br>**3883 Howard Hughes Pkwy, Ste. 800**<br>**Las Vegas, NV 89169** | X | - | | **2012-2013**<br>**Legal Service Fees** | | | | **16,050.70** |
| Account No.<br><br>**Salesforce.com, Inc.**<br>**P.O. Box 203141**<br>**Dallas, TX 75320-3141** | | - | | **Vendor** | | | | **0.00** |
| Account No.<br><br>**Serl Keefer Welter CPA**<br>**6960 Smoke Ranch Road, Ste. 190**<br>**Las Vegas, NV 89128** | | - | | **CPA fees** | | | | **0.00** |
| Account No. **xx3148**<br><br>**Telepacific Communications**<br>**3300 North Cimarron Road**<br>**Las Vegas, NV 89129** | | - | | **2013**<br>**Utility provider (telephone and internet)** | | | | **5,530.13** |

Sheet no. __6___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,580.83**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Diagnostics Research Corporation**                                    ,          Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Think Sunshine, LLC** <br>**9030 West Sahara Ave., Ste. 694** <br>**Las Vegas, NV 89117** | - | | Vendor | | | | 0.00 |
| Account No. <br><br>**Two Circles Medical** <br>**Attn: Danny Chrenko** <br>**477 Green Valley Drive** <br>**Greenwood, IN 46142** | - | | 05/31/2013 <br>Commission | | | | 12.60 |
| Account No. **DGRC** <br><br>**Unlimited Technology Systems, LLC** <br>**8044 Montgomery Road, Ste. 450** <br>**Cincinnati, OH 45236** | - | | 2011 <br>Software Licensing Services | | | | 16,100.00 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 16,112.60 |
| Total (Report on Summary of Schedules) | 925,586.30 |

B6G (Official Form 6G) (12/07)

.

In re    **Diagnostics Research Corporation**    Case No. _____
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ADP - Automatic Data Processing, Inc. (Major Accounts) 1 ADP Boulevard Roseland, NJ 07068** | **Payroll Services Agreement** |
| **Advanced Marketing Research Attn: Phillip Bell 530 South Dixie Highway West Pompano Beach, FL 33060** | **Master Distributor Agreement** |
| **Aetna P.O. Box 91507 Arlington, TX 76015** | **Contract for Group Health Insurance** |
| **Align Medical Systems Attn: Calvert Brown 751 E. Southlake Blvd., #130 Southlake, TX 76092** | **Master Distributor Agreement** |
| **Allegiance Medical, LLC Attn: Kurtis Doerr 27400 Crow Road Eugene, OR 97402** | **Master Distributor Agreement** |
| **Aloha Diagnostics Attn: Kendra Epstein 2835E Kolowalo Street Honolulu, HI 96822** | **Master Distributer Agreement** |
| **American Medical Device Attn: Burt Kieper 136 Brent Allen Drive Wadsworth, OH 44281** | **Master Distributor Agreement** |
| **Ameritas Group P.O. Box 30284 Tampa, FL 33630-3284** | **Group dental & vision insurance** |
| **Ascendary Medical, LLC Attn: Nick Schwarzrock 3109 West 50th St. #337 Minneapolis, MN 55410** | **Master Distributor Agreement** |
| **AT&T P.O. Box 537104 Atlanta, GA 30353** | **Utilities services contract** |

**8**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Diagnostics Research Corporation**                                    ,   Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BDM Medical, LLC**<br>**Attn: Michael Miller**<br>**31741 Contijo Way**<br>**Coto De Caza, CA 92679** | **Master Distributor Agreement** |
| **Benefit Alternative, Inc.**<br>**Attn: Cathy Keil**<br>**3240 Levis Commons Blvd.**<br>**Perrysburg, OH 43551** | **Master Distributor Agreement** |
| **Biocell Spine**<br>**Attn: Nick Ansari**<br>**4801 Saxon Drive, A-303**<br>**New Smyrna Beach, FL 32169** | **Master Distributor Agreement** |
| **BioTraits**<br>**Attn: Peter Wengert**<br>**3267 Progress Drive**<br>**Orlando, FL 32826** | **Master Distributor Agreement** |
| **Blue Edge**<br>**Attn: Heather Goldin**<br>**550 E. Charleston, Ste. C**<br>**Las Vegas, NV 89104** | **Master Distributor Agreement** |
| **Blue West Medical**<br>**Attn: Wil Wengert**<br>**701 S. Olive Ave., #611**<br>**West Palm Beach, FL 33401** | **Master Distributor Agreement** |
| **Bransen Medical Solutions**<br>**Attn: Eric Hansen**<br>**31741 Contijo Way**<br>**Trabuco Canyon, CA 92679** | **Master Distributor Agreement** |
| **Carolina Pine Medical Solutions**<br>**Attn: Kathy Stanczak**<br>**1960 NC Hwy 222 W**<br>**Fremont, NC 27830** | **Master Distributor Agreement** |
| **Cera Consulting**<br>**Attn: Chris Cera**<br>**10 Kincaid Road**<br>**Boonton, NJ 07005** | **Master Distributor Agreement** |
| **Chiron BioMed, LLC**<br>**Attn: Jeff Colley**<br>**119 Case Street**<br>**Canton, CT 06019** | **Master Distributor Agreement** |
| **Colonial Life**<br>**P.O. Box 1365**<br>**Columbia, SC 29202-1365** | **Group Supplemental Insurance** |

Sheet   __1__   of   __8__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Diagnostics Research Corporation**                ,    Case No.

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Consolidated Health Network, Inc.**<br>**Attn: Dan Warner**<br>**21012 Business Center Dr., Ste. 180G**<br>**Irvine, CA 92612** | **Master Distributor Agreement** |
| **CoreMD**<br>**Attn: Tim Lazenby**<br>**2509 E 21st**<br>**Tulsa, OK 74114** | **Master Distributor Agreement** |
| **Data Resolution**<br>**29222 Rancho Viejo Rd., Suite 103**<br>**San Juan Capistrano, CA 92675** | **Dymanics Cloud Services/Web Hosting Agreement** |
| **Devlyn Enterprises**<br>**Attn: Tracy Pugh**<br>**5347 Indigo Crossing, Dr.**<br>**Rockledge, FL 32955** | **Master Distributor Agreement** |
| **DIAMED, LLC**<br>**4533 Petaluma Ave**<br>**Lakewood, CA 90713** | **Master Distributor Agreement** |
| **Dismas Diagnostics**<br>**Attn: Shirley Callejo**<br>**10 Via Tiberius Way**<br>**Henderson, NV 89011** | **Master Distributor Agreement** |
| **Effortless Office Enterprises, LLC**<br>**c/o BFC**<br>**P.O. Box 370205**<br>**Las Vegas, NV 89137** | **Web Hosting Services Agreeement and Virtual Office Hosting** |
| **ELN Consulting Solutions, LLC**<br>**Attn: Erin Neary**<br>**313 Park Place Drive**<br>**Cherry Hill, NJ 08002** | **Master Distributor Agreement** |
| **FOCRS**<br>**Attn: Rick Stewart**<br>**2284 Lasater Blvd.**<br>**Eugene, OR 97405** | **Master Distributor Agreement** |
| **Four Points Medical**<br>**Attn: Darin Cecil**<br>**7078 Lake Run Drive**<br>**Birmingham, AL 35242** | **Master Distributor Agreement** |
| **Funding Surge, LLC**<br>**Attn: Christopher Russo**<br>**2711 Centerville Road**<br>**Wilmington, DE 19808** | **Professional Services Agreement** |

Sheet  **2**  of  **8**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

In re    **Diagnostics Research Corporation**                                          Case No. _____

_____ ,

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Gaffney Funding, LLC**<br>**426 Dowlin Forge Road**<br>**Exton, PA 19341** | **Broker Service Agreement** |
| **Gio Sales**<br>**Attn: John Mastropierro**<br>**432 Ocean Blvd., Unit 116**<br>**Long Branch, NJ 07740** | **Master Distributor Agreement** |
| **Global Medical Distribution**<br>**Attn: Scott Raybuck**<br>**451 Wakefield Run**<br>**Hinckley, OH 44233** | **Master Distributor Agreement** |
| **GoToWebinar**<br>**Citrix Online**<br>**7414 Hollister Avenue**<br>**Goleta, CA 93117** | **Month-to-Month Contract for Webinar Services** |
| **Greater Software, Inc. DBA Patient Point**<br>**Attn: Raj Toleti**<br>**4705 Apopka Vineland, Ste. 106**<br>**Orlando, FL 32819** | **Master Distributor Agreement** |
| **Greenberg Traurig, LLP**<br>**3773 Howard Hughes Pkwy, Ste. 500**<br>**Las Vegas, NV 89169** | **Retainer for Legal Services** |
| **Hampton Green, Inc.**<br>**14475 S. 94th Ave**<br>**Orland Park, IL 60462** | **Direct Placement Service Agreement and Distributor Referral Service Agreement** |
| **Hankin Patent Law, APC**<br>**12400 Wilshire Blvd., Ste. 1265**<br>**Los Angeles, CA 90025** | **Retainer for Legal Services** |
| **Henry Peer**<br>**2340 Hickory Hill Lane**<br>**Highland, IL 62249** | **Master Distributor Agreement** |
| **Hogan's Dream, LLC**<br>**Attn: Heathe Pom-Arleau**<br>**3725 S. Upper Fork Place**<br>**Boise, ID 83709** | **Master Distributor Agreement** |
| **ICP Distributors**<br>**Attn: Marc Whitehead**<br>**7213 Wareham Drive**<br>**Tampa, FL 33647** | **Master Distributor Agreement** |

Sheet    **3**    of    **8**    continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Diagnostics Research Corporation** _____ ,    Case No. _____

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ideal Medical Solutions**<br>**Attn: Randy Cochran**<br>**3075 Francis Road**<br>**Milton, GA 30004** | **Master Distributor Agreement** |
| **Inspired MD, LLC**<br>**Attn: AJ Rastogi**<br>**2711 Centerville Rd., Ste. 400**<br>**Wilmington, DE 19808** | **Master Distributor Agreement** |
| **Integrative Solutions, LLC**<br>**Attn: Robert Rosenburg**<br>**1525 Mesa Verde East Dr., #201**<br>**Costa Mesa, CA 92626** | **Master Distributor Agreement** |
| **Integrity Medical Sales**<br>**Attn: Heather Goldin**<br>**6934 74th St., Circle E**<br>**Bradenton, FL 34203** | **Master Distributor Agreement** |
| **IPFS Corporation**<br>**1055 Broadway, 11th Floor**<br>**Kansas City, MO 64105** | **Financing Agreement for D&O Insurance** |
| **Jennifer Ashley**<br>**P.O. Box 283**<br>**Sellersburg, IN 47172** | **Independent Contractor Agreement/Master Distributor Agreement** |
| **Joe Harris**<br>**6881 Loyola Drive**<br>**Huntington Beach, CA 92647** | **Secured Loan Agreement and Security Agreement** |
| **Joshua Ulrich**<br>**1436 Eastwind Circle**<br>**Westlake Village, CA 91361** | **Master Distributor Agreement** |
| **Jump Start Med**<br>**Attn: Nick Fravala**<br>**816 Saratogo Avenue**<br>**San Jose, CA 95129** | **Master Distributor Agreement** |
| **Kelly Oneill**<br>**5220 Melvin Avenue**<br>**Tarzana, CA 91356** | **Master Distributor Agreement** |
| **KLJ Group**<br>**Attn: Kevin Panus**<br>**6127 Piping Rock**<br>**Houston, TX 77057** | **Master Distributor Agreement** |
| **Ladco Leasing**<br>**7300 Chapman Highway**<br>**Knoxville, TN 37920** | **Merchant Services Virtual Terminal Contract** |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Diagnostics Research Corporation**                                          ,      Case No. _____

                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lewis and Roca, LLP**<br>**3993 Howard Hughes Pkwy #600**<br>**Las Vegas, NV 89169** | **Retainer for Legal Services** |
| **Mark Philips**<br>**814 Cordova Drive**<br>**Orlando, FL 32804** | **Independent Representation Agreement/Master Distributor Agreement** |
| **MS Crescent 3980 Hughes SPV, LLC**<br>**3800 Howard Hughes Pkwy, Ste. 150**<br>**Attn: Property Manager**<br>**Las Vegas, NV 89169** | **Lease for commercial office space located at 3980 Howard Hughes Parkway, Las Vegas, NV 89169. (Will reject)** |
| **MS Medical**<br>**Attn: Gary Straus**<br>**2212 Scarlet Rose Drive**<br>**Las Vegas, NV 89134** | **Master Distributor Agreement** |
| **MS2 Medical, LLC**<br>**Attn: Terry Sisco**<br>**3732 Mt. Diablo Blvd., Ste. 158**<br>**Lafayette, CA 94549** | **Master Distributor Agreement** |
| **Nardella Distribution, LLC**<br>**Attn: Marc Nardella**<br>**11024 N. Skiles Avenue**<br>**Kansas City, MO 64157** | **Master Distributor Agreement** |
| **New Wave Biosciences**<br>**Attn: Brad Cole**<br>**910 Belle Ave. #1148**<br>**Winter Springs, FL 32708** | **Master Distributor Agreement** |
| **NexTec**<br>**100 West Harrison Street, Ste. 460**<br>**Seattle, WA 98119** | **Contract for Accounting Software Support** |
| **Oaktree Services**<br>**Attn: Janet Murphy**<br>**Romada Srive #230**<br>**Paso Robles, CA 93446** | **Master Distributor Agreement** |
| **Office Smith**<br>**Attn: Michael Arst**<br>**1402 Vino Blanc Ct.**<br>**Southlake, TX 76092** | **Master Distributor Agreement** |
| **Oplink, Inc.**<br>**300 W. 8th Street, #419**<br>**Vancouver, WA 98660** | **Medical Billing Consultant Agreement** |

Sheet __5__ of __8__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Diagnostics Research Corporation**                                    ,   Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Partner Medical Solutions, LLC**<br>**Attn: Paul Garcia**<br>**18101 Von Karman #330**<br>**Irvine, CA 92612** | **Master Distributor Agreement** |
| **Pisanelli Bice PLLC**<br>**3883 Howard Hughes Pkwy, Ste. 800**<br>**Las Vegas, NV 89169** | **Legal Services Agreement/Retainer** |
| **Preferred Screening, LLC**<br>**Attn: Jeffrey Wasserman**<br>**9201 N. Central Expressway**<br>**Dallas, TX 75231** | **Master Distributor Agreement** |
| **President's Club**<br>**Attn: Ken Corrado**<br>**31 Indian Run Way**<br>**Las Vegas, NV 89148** | **Master Distributor Agreement** |
| **Protocol Medical Dist., LLC**<br>**Attn: Craig Barney**<br>**534 Taylor Point**<br>**Bulverde, TX 78163** | **Master Distributor Agreement** |
| **Public Storage**<br>**#23112**<br>**3550 Arville Street**<br>**Las Vegas, NV 89103** | **Month-to-month lease for storage space (Lease No. 10507553)** |
| **RBC Distribution Technologies**<br>**Attn: Riley Allen**<br>**429 S. Keller Road #300**<br>**Orlando, FL 32810** | **Mutual Non-Disclosure Agreement** |
| **RBC Distribution Technologies**<br>**Attn: Riley Allen**<br>**429 S. Keller Road #300**<br>**Orlando, FL 32810** | **Master Distributor Agreement** |
| **RBC Distribution Technologies**<br>**Attn: Riley Allen**<br>**429 S. Keller Road #300**<br>**Orlando, FL 32810** | **Settlement Agreement** |
| **RBC Distribution Technologies**<br>**Attn: Riley Allen**<br>**429 S. Keller Road #300**<br>**Orlando, FL 32810** | **Settlement Agreement re: Master Distribution Agreement?** |
| **Ring Central**<br>**1400 Fashion Island Blvd., 7th Floor**<br>**San Mateo, CA 94404** | **Telephone services contract** |

Sheet   **6**   of   **8**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Diagnostics Research Corporation**                                                 ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Rockwood**<br>**Attn: Brad Cole**<br>**910 Belle Ave. #1148**<br>**Winter Springs, FL 32708** | **Master Distributor Agreement** |
| **Ronald Pringle**<br>**1280 Glenneyre**<br>**Laguna Beach, CA 92651** | **Master Distributor Agreement** |
| **Samia Solutions, LLC**<br>**Attn: Michael Roub**<br>**6303 Owensmouth Ave., 10th Floor**<br>**Woodland Hills, CA 91367** | **Master Distributor Agreement** |
| **Sands Surgical, LLC**<br>**Attn: Mike Sands**<br>**7614 Currin Drive**<br>**Dallas, TX 75230** | **Master Distributor Agreement** |
| **Stan Otake**<br>**4732 Candeberry Avenue**<br>**Seal Beach, CA 90740** | **Master Distributor Agreement** |
| **Star Medical Alliance**<br>**Attn: Robert Kevakian**<br>**23679 Calabasas Rd., #613**<br>**Calabasas, CA 91302** | **Master Distributor Agreement** |
| **Stream Medical**<br>**Attn: Ted Ryan/Wil Wengert**<br>**2323 N. Houston St. #306**<br>**Dallas, TX 75219** | **Master Distributor Agreement** |
| **Structured Capital Group, Inc.**<br>**230 Park Avenue, 10th Floor**<br>**New York, NY 10169** | **Secured Credit Facility Agreement** |
| **Sturgill**<br>**Attn: Tracy Sturgill**<br>**432 Still Forest Terrace**<br>**Sanford, FL 32771** | **Master Distributor Agreement** |
| **Telepacific Communications**<br>**3300 North Cimarron Road**<br>**Las Vegas, NV 89129** | **Utility services contract (will reject)** |
| **The Hartford**<br>**3600 Wiseman Blvd.**<br>**San Antonio, TX 78251** | **Workers Compensation Insurance Contract** |
| **The UPS Store**<br>**4001 S. Decatur Blvd., Ste. 37**<br>**Las Vegas, NV 89103** | **Post Office Box Rental Agreement** |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Diagnostics Research Corporation**                                    Case No. _____
_____,
                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **TMF Servicing** <br> **Attn: Darren Brown** <br> **4000 Birch St., Ste. 101** <br> **Irvine, CA 92614** | **Master Distributor Agreement** |
| **Transworld Systems** <br> **20335 Ventura Blvd. #320** <br> **Woodland Hills, CA 91364** | **Profit Recovery/Collection Services Agreement** |
| **Two Circles Medical** <br> **Attn: Danny Chrenko** <br> **477 Green Valley Drive** <br> **Greenwood, IN 46142** | **Master Distributor Agreement** |
| **Tygris Medical, LLC** <br> **Attn: Julianne Kennedy** <br> **4351 Flanders Street** <br> **Las Vegas, NV 89125** | **Master Distributor Agreement** |
| **Ultimate Medical, LLC** <br> **Attn: Scott VanSciever** <br> **2804 Oetting Drive** <br> **Saint Charles, MO 63303** | **Master Distributor Agreement** |
| **Unlimited Technology Systems, LLC** <br> **8044 Montgomery Road, Ste. 450** <br> **Cincinnati, OH 45236** | **Software support services and maintenance agreement** |
| **US Bank** <br> **Merchant Billing** <br> **7300 Chapman Hwy** <br> **Knoxville, TN 37920** | **Merchant Services Agreement** |
| **Valley View Drugs, Inc.** <br> **Attn: David Jensen** <br> **13966 Valley View Avenue** <br> **La Mirada, CA 90638** | **Master Distributor Agreement** |
| **Vintage Medical, LLC** <br> **Attn: Jeff Kropholler** <br> **1801 Royal Lane #908** <br> **Dallas, TX 75229** | **Master Distributor Agreement** |
| **Virtual Physicians Network** <br> **Attn: George England** <br> **1030 N. Orange Ave., #300** <br> **Orlando, FL 32801** | **Master Distributor Agreement** |
| **W. Stanton Sutton** <br> **P.O. Box 7** <br> **Homewood, CA 96141** | **Patent Security Agreement** |

Sheet   __8__   of   __8__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Diagnostics Research Corporation** ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kenneth P. Roberts, Esq.**<br>**6355 Topanga Canyon Blvd., Ste. 403**<br>**Woodland Hills, CA 91367** | **Pisanelli Bice PLLC**<br>**3883 Howard Hughes Pkwy, Ste. 800**<br>**Las Vegas, NV 89169** |
| **W. Stanton Sutton**<br>**P.O. Box 7**<br>**Homewood, CA 96141** | **Kenneth P. Roberts, Esq.**<br>**6355 Topanga Canyon Blvd., Ste. 403**<br>**Woodland Hills, CA 91367** |

**0**
‾‾‾ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Chapter 13 Plan

In re    **Diagnostics Research Corporation**

Debtor(s)

Case No. _____

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**30**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **July 31, 2014**

Signature    **/s/ W. Stanton Sutton**

**W. Stanton Sutton**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Chapter 13 Plan

In re  **Diagnostics Research Corporation**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$405,424.48** | **2012 Gross** |
| **$333,058.70** | **2013 Gross** |
| **$83,207.00** | **2014 YTD Gross** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

---

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None** ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Effortless Office Enterprises, LLC**<br>**c/o BFC**<br>**P.O. Box 370205**<br>**Las Vegas, NV 89137** | 04/17/2014, 04/24/2014,<br>05/14/2014, 06/12/2014,<br>07/10/2014 | **$36,233.76** | **$0.00** |
| **MS Medical**<br>**Attn: Gary Straus**<br>**2212 Scarlet Rose Drive**<br>**Las Vegas, NV 89134** | 04/24/2014, 05/14/2014,<br>06/18/2014 | **$28,065.60** | **$26,955.60** |

**None** ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **W. Stanton Sutton**<br>**P.O. Box 7**<br>**Homewood, CA 96141**<br>    **President** | 10/31/2013, 12/06/2013,<br>02/28/2014, 03/14/2014,<br>05/15/2014 | **$14,547.43** | **$2,145,416.74** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **RBC Distribution Technolgies, LLC v. Diagnostic**<br>**Research Corporation, Inc.**<br>**Case No.: A-13-687771-C** | **Civil** | **District Court, Clark County, Nevada** | **Pending** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Diagnostics Research Corporation v Robert D. Thompson, et. al.**<br>**Case No: A-11-644403-B** | **Civil** | **District Court**<br>**Clark County, Nevada** | **Closed** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■   returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■   this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■   and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■   **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Schwartz Law Firm, Inc.** | **06/20/2013** | **$5,000.00** |
| **6623 Las Vegas Blvd. South, Suite 300** | **06/23/2013** | **$20,000.00** |
| **Las Vegas, NV 89119** | **02/24/2014** | **$45,000.00** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **FlexKom America, Inc.** | **05/31/2013** | **Office furniture and phone hardware** |
| **Attn: Karl Roller** | | **$9,065.00** |
| **2360 Corporate Circle, Ste. 280** | | |
| **Henderson, NV 89074** | | |
| **Buyer** | | |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

5

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3980 Howard Hughes Pkwy, Ste. 500 Las Vegas, NV 89169** | **Diagnostics Research Corporation** | **04/2011-09/15/2012** |
| **3800 Howard Hughes Pkwy., Ste. 550 Las Vegas, NV 89169** | **Diagnostics Research Corporation** | **09/15/12-04/30/2013** |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)
6

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

| None ■ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

| None ☐ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |
|---|---|

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Patricia Briscoe**<br>**4525 W. Twain Avenue, SPC 48**<br>**Las Vegas, NV 89103** | **02/14/2011 - Present** |

| None ☐ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |
|---|---|

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Patricia Briscoe** | **4525 W. Twain Avenue, SPC 48**<br>**Las Vegas, NV 89103** | **02/14/2011 - Present** |

B7 (Official Form 7) (04/13)
7

| None ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

| NAME | ADDRESS |
|---|---|
| **Patricia Briscoe** | **4525 W. Twain Avenue, SPC 48**<br>**Las Vegas, NV 89103** |

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Funding Surge**<br>**2711 Centerville Road**<br>**Wilmington, DE 19808** | **07/2012** |
| **Gaffney Funding, LLC**<br>**426 Dawlin Forge Road**<br>**Exton, PA 19341** | **08/2012** |
| **Structured Capital Group, Inc.**<br>**230 Park Avenue, 10th Floor**<br>**New York, NY 10169** | **09/2012** |
| **CCTD** | **04/2012** |
| **Larry Paulson** | **03/2014** |
| **Ray Leonard** | **09/2013** |
| **Eric Hansen** | **09/2013** |
| **Drew Bray** | **12/2013** |
| **Peter Bray** | **12/2013** |
| **Brady Schmidt** | **12/2013** |
| **Jim Bradford** | **09/2013** |
| **Richard Valenta** | **10/2013** |
| **Steve Jones** | **02/2014** |
| **Larry Braun** | **02/2014** |
| **JF Picard** | **09/2013** |

---

**20. Inventories**

| None ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

B7 (Official Form 7) (04/13)
8

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **W. Stanton Sutton**<br>**P.O. Box 7**<br>**Homewood, CA 96141** | **CEO/President/Director** | **51% Common** |
| **Bryce DuPere**<br>**10120 W. Flamingo Road 4-224**<br>**Las Vegas, NV 89147** | | **17% Common** |
| **Jefrey Swanson**<br>**284 SW Wyatt Street**<br>**Dallas, OR 97338** | | **15% Common** |
| **Jeffrey Carlson**<br>**1493 Valecroft Avenue**<br>**Westlake Village, CA 91361** | | **12.75% Common** |
| **Josh Ulrich**<br>**1436 Eastwind Circle**<br>**Westlake Village, CA 91361** | | **4.25 % Common** |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Bryce DuPere**<br>**10243 Largo Sassetta Court**<br>**Las Vegas, NV 89135** | **President/CEO/Director** | **05/17/2013** |
| **Jeffrey Swanson**<br>**284 SW Wyatt Street**<br>**Dallas, OR 97338** | **CIO/CTO/Director** | **05/17/2013** |

B7 (Official Form 7) (04/13)
9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stan Sutton** **4523 West Lake Blvd.** **Westlake Village, CA 91361** Shareholder | **10/31/2013 - Expense Reimbursement** **12/06/2013 - Expense Reimbursement** **02/28/2014 - Expense Reimbursement** **03/14/2014 - Expense Reimbursement** **05/15/2014 - Expense Reimbursement** | **$14,547.43** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **July 31, 2014**                          Signature   **/s/ W. Stanton Sutton**
                                                              **W. Stanton Sutton**
                                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Chapter 13 Plan

In re    **Diagnostics Research Corporation**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **70,000.00** |
| Prior to the filing of this statement I have received | $ | **70,000.00** |
| Balance Due | $ | **0.00** |

2.    $ **1,717.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor          ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor          ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**See The Schwartz Law Firm's detailed retention application for a description of the monies received and fees earned.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 31, 2014**

**/s/ Samuel A. Schwartz. Esq.**
**Samuel A. Schwartz. Esq. 10985**
**The Schwartz Law Firm, Inc.**
**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
**(702) 385-5544  Fax: (702) 385-2741**
**sam@schwartzlawyers.com**

---

# United States Bankruptcy Court
## Chapter 13 Plan

In re    **Diagnostics Research Corporation**
_____ ,
Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bryce DuPere**<br>**10243 Largo Sassetta Court**<br>**Las Vegas, NV 89135** | | **4,000** | **Common** |
| **Jeffrey Carlson**<br>**1493 Valecroft Avenue**<br>**Westlake Village, CA 91361** | | **3,000** | **Common** |
| **Jeffrey Swanson**<br>**284 SW Wyatt Street**<br>**Dallas, OR 97338** | | **3,529** | **Common** |
| **Josh Ulrich**<br>**1436 Eastwind Circle**<br>**Westlake Village, CA 91361** | | **1,000** | **Common** |
| **W. Stanton Sutton**<br>**4523 West Lake Blvd.**<br>**Westlake Village, CA 91361** | | **12,000** | **Common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**July 31, 2014**_____    Signature _**/s/ W. Stanton Sutton**_____
**W. Stanton Sutton**
**President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## Chapter 13 Plan

In re   **Diagnostics Research Corporation**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 31, 2014**

**/s/ W. Stanton Sutton**

**W. Stanton Sutton**/President
Signer/Title

```
Diagnostics Research Corporation
4001 S. Decatur Blvd., Ste. 37-369
Las Vegas, NV 89103

Samuel A. Schwartz. Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Acteion
6008 Royal Oak Drive
Arlington, TX 76016

ADP - Automatic Data Processing, Inc.
Acct No xx5953
(Major Accounts)
1 ADP Boulevard
Roseland, NJ 07068
```

ADP - Automatic Data Processing, Inc.
(Major Accounts)
1 ADP Boulevard
Roseland, NJ 07068

ADP Insurance Agency
P.O. Box 33015
San Antonio, TX 78265

Advanced Marketing Research
Attn: Phillip Bell
530 South Dixie Highway West
Pompano Beach, FL 33060

Aetna
P.O. Box 91507
Arlington, TX 76015

Alabama Department of Revenue
50 N. Ripley St.
Montgomery, AL 36132

Align Medical Systems
Attn: Calvert Brown
751 E. Southlake Blvd., #130
Southlake, TX 76092

Allegiance Medical, LLC
Attn: Kurtis Doerr
27400 Crow Road
Eugene, OR 97402

Aloha Diagnostics
Attn: Kendra Epstein
2835E Kolowalo Street
Honolulu, HI 96822

American Medical Device
Attn: Burt Kieper
136 Brent Allen Drive
Wadsworth, OH 44281

Ameritas Group
P.O. Box 30284
Tampa, FL 33630-3284

Arizona Department of Revenue
P.O. Box 29079
Phoenix, AZ 85038-9079

Arkansas Corp Income Tax
Ledbetter Building
1816 W. 7th Street, Rm. 2205
Little Rock, AR 72201

Ascendary Medical, LLC
Attn: Nick Schwarzrock
3109 West 50th St. #337
Minneapolis, MN 55410

AT&T
P.O. Box 537104
Atlanta, GA 30353

BDM Medical, LLC
Attn: Michael Miller
31741 Contijo Way
Coto De Caza, CA 92679

Benefit Alternative, Inc.
Attn: Cathy Keil
3240 Levis Commons Blvd.
Perrysburg, OH 43551

Biocell Spine
Attn: Nick Ansari
4801 Saxon Drive, A-303
New Smyrna Beach, FL 32169

BioTraits
Attn: Peter Wengert
3267 Progress Drive
Orlando, FL 32826

Blue Edge
Attn: Heather Goldin
550 E. Charleston, Ste. C
Las Vegas, NV 89104

Blue West Medical
Attn: Wil Wengert
701 S. Olive Ave., #611
West Palm Beach, FL 33401

Bransen Medical Solutions
Attn: Eric Hansen
31741 Contijo Way
Trabuco Canyon, CA 92679

Bryce DuPere
10243 Largo Sassetta Court
Las Vegas, NV 89135

Carolina Pine Medical Solutions
Attn: Kathy Stanczak
1960 NC Hwy 222 W
Fremont, NC 27830

Cera Consulting
Attn: Chris Cera
10 Kincaid Road
Boonton, NJ 07005

Chiron BioMed, LLC
Attn: Jeff Colley
119 Case Street
Canton, CT 06019

CL Printing & Copy Center
1210 SW Highland Avenue
Redmond, OR 97756

Collecto, Inc.
Acct No xxxx4552
dba EOS CCA
P.O. Box 329
Norwell, MA 02061-0329

Colonial Life
P.O. Box 1365
Columbia, SC 29202-1365

Consolidated Health Network, Inc.
Attn: Dan Warner
21012 Business Center Dr., Ste. 180G
Irvine, CA 92612

CoreMD
Attn: Tim Lazenby
2509 E 21st
Tulsa, OK 74114

CRF Solutions
Acct No xx3148
Attn: Maggie Schuermann
2051 Royal Avenue
Simi Valley, CA 93065

Dale A. Hayes, Esq.
The Hayes Law Firm
1050 Indigo Drive, Ste. 110
Las Vegas, NV 89145

Data Resolution
Acct No xxxxxxx #xxx-xxxxx-xxM0G2
29222 Rancho Viejo Rd., Suite 103
San Juan Capistrano, CA 92675

Data Resolution
29222 Rancho Viejo Rd., Suite 103
San Juan Capistrano, CA 92675

Devlyn Enterprises
Attn: Tracy Pugh
5347 Indigo Crossing, Dr.
Rockledge, FL 32955

DIAMED, LLC
4533 Petaluma Ave
Lakewood, CA 90713

Dismas Diagnostics
Attn: Shirley Callejo
10 Via Tiberius Way
Henderson, NV 89011

Effortless Office Enterprises, LLC
c/o BFC
P.O. Box 370205
Las Vegas, NV 89137

ELN Consulting Solutions, LLC
Attn: Erin Neary
313 Park Place Drive
Cherry Hill, NJ 08002

Florida Dept. of Revenue
Acct No xxx7195
5050 W. Tennessee St.
Tallahassee, FL 32399-0135

FOCRS
Attn: Rick Stewart
2284 Lasater Blvd.
Eugene, OR 97405

Four Points Medical
Attn: Darin Cecil
7078 Lake Run Drive
Birmingham, AL 35242

Funding Surge, LLC
Attn: Christopher Russo
2711 Centerville Road
Wilmington, DE 19808

Gaffney Funding, LLC
426 Dowlin Forge Road
Exton, PA 19341

Georgia Dept. of Revenue
1800 Century Blvd., NE
Atlanta, GA 30345

Gio Sales
Attn: John Mastropierro
432 Ocean Blvd., Unit 116
Long Branch, NJ 07740

Global Medical Distribution
Attn: Scott Raybuck
451 Wakefield Run
Hinckley, OH 44233

GoToWebinar
Citrix Online
7414 Hollister Avenue
Goleta, CA 93117

Greater Software, Inc. DBA Patient Point
Attn: Raj Toleti
4705 Apopka Vineland, Ste. 106
Orlando, FL 32819

Greenberg Traurig, LLP
Acct No xx1353
3773 Howard Hughes Pkwy, Ste. 500
Las Vegas, NV 89169

Greenberg Traurig, LLP
3773 Howard Hughes Pkwy, Ste. 500
Las Vegas, NV 89169

Hampton Green, Inc.
14475 S. 94th Ave
Orland Park, IL 60462

Hankin Patent Law, APC
12400 Wilshire Blvd., Ste. 1265
Los Angeles, CA 90025

Healthplan Services, Inc.
P.O. Box 864793
Orlando, FL 32886-4793

Henry Peer
2340 Hickory Hill Lane
Highland, IL 62249

Hogan's Dream, LLC
Attn: Heathe Pom-Arleau
3725 S. Upper Fork Place
Boise, ID 83709

ICP Distributors
Attn: Marc Whitehead
7213 Wareham Drive
Tampa, FL 33647

Idaho State Tax Commission
P.O. Box 83784
Boise, ID 83707-3784

Ideal Medical Solutions
Attn: Randy Cochran
3075 Francis Road
Milton, GA 30004

Illinois Dept. of Revenue
P.O. Box 19009
Springfield, IL 62794-9009

Indiana Dept. of Revenue
P.O. Box 7206
KY 42067-7206

Inspired MD, LLC
Attn: AJ Rastogi
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

Integrative Solutions, LLC
Attn: Robert Rosenburg
1525 Mesa Verde East Dr., #201
Costa Mesa, CA 92626

Integrity Medical Sales
Attn: Heather Goldin
6934 74th St., Circle E
Bradenton, FL 34203

IPFS Corporation
Acct No xxx-xx4628
1055 Broadway, 11th Floor
Kansas City, MO 64105

IPFS Corporation
1055 Broadway, 11th Floor
Kansas City, MO 64105

Janice Palmer, Palamino Group
25248 Lincoln Drive NE
Isanti, MN 55040

Jeffrey Carlson
1493 Valecroft Avenue
Westlake Village, CA 91361

Jeffrey Swanson
284 SW Wyatt Street
Dallas, OR 97338

Jennifer Ashley
P.O. Box 283
Sellersburg, IN 47172

Joe Harris
6881 Loyola Drive
Huntington Beach, CA 92647

Joshua Ulrich
1436 Eastwind Circle
Westlake Village, CA 91361

Jump Start Med
Attn: Nick Fravala
816 Saratogo Avenue
San Jose, CA 95129

Kelly Oneill
5220 Melvin Avenue
Tarzana, CA 91356

Kenneth P. Roberts, Esq.
6355 Topanga Canyon Blvd., Ste. 403
Woodland Hills, CA 91367

Kentucky Dept. of Revenue
600 West Cedar Street, 2nd Floor
Louisville, KY 40202-2310

KLJ Group
Attn: Kevin Panus
6127 Piping Rock
Houston, TX 77057

Ladco Leasing
Acct No xxx2235
7300 Chapman Highway
Knoxville, TN 37920

Ladco Leasing
7300 Chapman Highway
Knoxville, TN 37920

Lewis and Roca, LLP
Acct No xxxxx-x0001
3993 Howard Hughes Pkwy #600
Las Vegas, NV 89169

Lewis and Roca, LLP
3993 Howard Hughes Pkwy #600
Las Vegas, NV 89169

Lisa L. DuPere
10243 Largo Sassetta Court
Las Vegas, NV 89135

```
Louisiana Dept. of Revenue
Acct No xxxxxxx-xx1-200
P.O. Box 1231
Baton Rouge, LA 70821-1231

Mark Philips
814 Cordova Drive
Orlando, FL 32804

MS Crescent 3980 Hughes SPV, LLC
Acct No xxxxxxxxx/xx0-031
3800 Howard Hughes Pkwy, Ste. 150
Attn: Property Manager
Las Vegas, NV 89169

MS Crescent 3980 Hughes SPV, LLC
9 Greenway Plaza, Suite 3040
Attn: VP, Property Management
Houston, TX 77046

MS Crescent 3980 Hughes SPV, LLC
777 Main Street, Ste. 2000
Attn: Legal Department
Fort Worth, TX 76102

MS Crescent 3980 Hughes SPV, LLC
3800 Howard Hughes Pkwy, Ste. 150
Attn: Property Manager
Las Vegas, NV 89169

MS Medical
Attn: Gary Straus
2212 Scarlet Rose Drive
Las Vegas, NV 89134

MS2 Medical, LLC
Attn: Terry Sisco
3732 Mt. Diablo Blvd., Ste. 158
Lafayette, CA 94549

Nardella Distribution, LLC
Attn: Marc Nardella
11024 N. Skiles Avenue
Kansas City, MO 64157

New Mexico Taxation and Revenue Dept.
P.O. Box 25127
Santa Fe, NM 87504-5127

New Wave Biosciences
Attn: Brad Cole
910 Belle Ave. #1148
Winter Springs, FL 32708
```

New York State Corp. Tax
P.O. Box 15163
Albany, NY 12212-5163

NexTec
100 West Harrison Street, Ste. 460
Seattle, WA 98119

North Carolina Dept. of Revenue
P.O. Box 25000
Raleigh, NC 27640-0520

NY Software Consulting
4186 Magellan Court
Dublin, CA 94568

Oaktree Services
Attn: Janet Murphy
Romada Srive #230
Paso Robles, CA 93446

October 7, Inc.
316 6th Street #3
Jersey City, NJ 07302

Office of the Labor Commissioner
Patricia Foulke, Compliance Investigator
555 E. Washington Avenue, Ste. 4100
Las Vegas, NV 89101

Office Smith
Attn: Michael Arst
1402 Vino Blanc Ct.
Southlake, TX 76092

Oplink, Inc.
300 W. 8th Street, #419
Vancouver, WA 98660

Orgill/Singer & Associates
8360 W. Sahara Ave., Ste. 110
Las Vegas, NV 89117

PA Dept. of Revenue Bureau of Taxes
P.O. Box 280502
Harrisburg, PA 17128-0502

Partner Medical Solutions, LLC
Attn: Paul Garcia
18101 Von Karman #330
Irvine, CA 92612

Pisanelli Bice PLLC
Acct No xxxx1-001
3883 Howard Hughes Pkwy, Ste. 800
Las Vegas, NV 89169

Pisanelli Bice PLLC
3883 Howard Hughes Pkwy, Ste. 800
Las Vegas, NV 89169

Preferred Screening, LLC
Attn: Jeffrey Wasserman
9201 N. Central Expressway
Dallas, TX 75231

President's Club
Attn: Ken Corrado
31 Indian Run Way
Las Vegas, NV 89148

Protocol Medical Dist., LLC
Attn: Craig Barney
534 Taylor Point
Bulverde, TX 78163

Public Storage
#23112
3550 Arville Street
Las Vegas, NV 89103

RBC Distribution Technologies
Attn: Riley Allen
429 S. Keller Road #300
Orlando, FL 32810

Ring Central
1400 Fashion Island Blvd., 7th Floor
San Mateo, CA 94404

Rockwood
Attn: Brad Cole
910 Belle Ave. #1148
Winter Springs, FL 32708

Ronald Pringle
1280 Glenneyre
Laguna Beach, CA 92651

Salesforce.com, Inc.
P.O. Box 203141
Dallas, TX 75320-3141

Samia Solutions, LLC
Attn: Michael Roub
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367

Sands Surgical, LLC
Attn: Mike Sands
7614 Currin Drive
Dallas, TX 75230

SC Dept of Revenue, Corp. Tax Section
Acct No xxxxx353-9
300A Outlet Pointe Blvd.
Columbia, SC 29210

Serl Keefer Welter CPA
6960 Smoke Ranch Road, Ste. 190
Las Vegas, NV 89128

Stan Otake
4732 Candeberry Avenue
Seal Beach, CA 90740

Star Medical Alliance
Attn: Robert Kevakian
23679 Calabasas Rd., #613
Calabasas, CA 91302

State of CA Franchise Tax Board
Acct No xxxx xxx2149
P.O. Box 942857
Sacramento, CA 94267-0540

State of CT Dept. of Revenue Services
Acct No xxxxxxx2-000
25 Sigourney Street, Ste. 2
Hartford, CT 06106-5032

State of Minnesota, Dept. of Revenue
600 Robert Street, N.
Saint Paul, MN 55146

State of New Jersey Dept. of Treasury
Acct No xxx-xxx-xx8/000
P.O. Box 628
Trenton, NJ 08646-0628

Stream Medical
Attn: Ted Ryan/Wil Wengert
2323 N. Houston St. #306
Dallas, TX 75219

Structured Capital Group, Inc.
230 Park Avenue, 10th Floor
New York, NY 10169

Sturgill
Attn: Tracy Sturgill
432 Still Forest Terrace
Sanford, FL 32771

Telepacific Communications
Acct No xx3148
3300 North Cimarron Road
Las Vegas, NV 89129

Telepacific Communications
3300 North Cimarron Road
Las Vegas, NV 89129

Tennessee Dept. of Revenue
Acct No xxxxx2514
Andrew Jackson State Office Building
500 Deaderick Street
Hillsboro, TN 37342

Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

The Hartford
3600 Wiseman Blvd.
San Antonio, TX 78251

The UPS Store
4001 S. Decatur Blvd., Ste. 37
Las Vegas, NV 89103

Think Sunshine, LLC
9030 West Sahara Ave., Ste. 694
Las Vegas, NV 89117

TMF Servicing
Attn: Darren Brown
4000 Birch St., Ste. 101
Irvine, CA 92614

Transworld Systems
20335 Ventura Blvd. #320
Woodland Hills, CA 91364

Two Circles Medical
Attn: Danny Chrenko
477 Green Valley Drive
Greenwood, IN 46142

Tygris Medical, LLC
Attn: Julianne Kennedy
4351 Flanders Street
Las Vegas, NV 89125

U.S. TelePacific Corp
Acct No xx3148
Attn: General Counsel
515 S. Flower St. 47th Floor
Los Angeles, CA 90071-2201

Ultimate Medical, LLC
Attn: Scott VanSciever
2804 Oetting Drive
Saint Charles, MO 63303

Unlimited Technology Systems, LLC
Acct No DGRC
8044 Montgomery Road, Ste. 450
Cincinnati, OH 45236

Unlimited Technology Systems, LLC
8044 Montgomery Road, Ste. 450
Cincinnati, OH 45236

US Bank
Merchant Billing
7300 Chapman Hwy
Knoxville, TN 37920

Valley View Drugs, Inc.
Attn: David Jensen
13966 Valley View Avenue
La Mirada, CA 90638

Vintage Medical, LLC
Attn: Jeff Kropholler
1801 Royal Lane #908
Dallas, TX 75229

Virtual Physicians Network
Attn: George England
1030 N. Orange Ave., #300
Orlando, FL 32801

W. Riley Allen, Esq.
Riley Allen Law
429 S. Keller Road, Suite 300
Orlando, FL 32810

W. Stanton Sutton
P.O. Box 7
Homewood, CA 96141

West Virginia State Tax Dept.
Tax Account Admin. Division
P.O. Box 1202
Charleston, WV 25324-1202

Wisconsin Dept. of Revenue
P.O. Box 8908
Madison, WI 53708-8908

# United States Bankruptcy Court
## Chapter 13 Plan

In re   <u>Diagnostics Research Corporation</u>

Debtor(s)

Case No. _____

Chapter   <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>Diagnostics Research Corporation</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

<u>July 31, 2014</u>
Date

/s/ Samuel A. Schwartz. Esq.

Samuel A. Schwartz. Esq. 10985
Signature of Attorney or Litigant
Counsel for   <u>Diagnostics Research Corporation</u>
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
(702) 385-5544 Fax:(702) 385-2741
sam@schwartzlawyers.com