

August 10, 2014

Bankruptcy Clerk's Office
300 Las Vegas Blvd., South
Las Vegas, NV 89101

Samuel A. Schwartz
Suite 300
6623 Las Vegas Blvd, South
Las Vegas, NV 89119

Re: **Diagnostics Research Corporation**
     **Bankruptcy Case No: 14-15195-abl**

To Whom It May Concern:

My wage claim, as stated in the bankruptcy documents, as $27,859.40 is not correct. As reflected in the attached Final Order Wage Claim #21905 filed by the Nevada Office of the Labor Commissioner (see attached document copies), the correct amount is $34,869.80 including penalties of $7,010.40.

*Lisa L. DuPere*

Lisa L. DuPere
10243 Largo Sassetta Court
Las Vegas, NV 89135

BRIAN SANDOVAL
Governor

BRUCE BRESLOW
Director

THORAN TOWLER
Labor Commissioner

STATE OF NEVADA



Department of Business & Industry
## OFFICE OF THE LABOR COMMISSIONER
http://www.LaborCommissioner.com

REPLY TO:

O   OFFICE OF THE LABOR COMMISSIONER
    555 E. WASHINGTON AVENUE, SUITE 4100
    LAS VEGAS, NEVADA 89101
    PHONE (702) 486-2650
    FAX (702 486-2660

O   OFFICE OF THE LABOR COMMISSIONER
    675 FAIRVIEW DRIVE, SUITE 226
    CARSON CITY, NEVADA 89701
    PHONE (775) 687-4850
    FAX (775) 687-6409

October 16, 2013

Lisa Dupere
10243 Largo Sassetta Ct
Las Vegas NV 89135

RE: WAGE CLAIM #21905, Diagnostics Research Corporation vs. Lisa Dupere

The State of Nevada, Office of the Labor Commissioner has entered a Final Order against the Respondent in regards to the above matter. As of the date of this correspondence this debt remains unpaid and due.

The Respondent has failed to comply with the Determination issued by this office on July 16, 2013, in the amount of $ 34,869.80 in your favor. Pursuant to NRS 353C, the Office of the Labor Commissioner is now turning this account over for collections.

This office will be notified in the event funds are collected on your behalf, and no further action is required on your part. This office will be available to provide updates on the 15th of each month if there are any changes to the status of your case. Should you have any questions regarding the status of your case you may contact either Nelly Bernal or me at that time.

Sincerely,

Claudia Torres
Administrative Assistant IV
702-486-2650

ctorres@laborcommissioner.com
4864279

BEFORE THE NEVADA STATE LABOR COMMISSIONER

LAS VEGAS, NEVADA

IN THE MATTER OF: )
)
DUPERE, LISA )
Claimant, )
) **FINAL ORDER**
vs. )
)
DIAGNOSTICS RESEARCH CORPORATION )
Respondent. )
)
_____ )

PLEASE TAKE NOTICE that, pursuant to Nevada Revised Statutes ("NRS") and Nevada Administrative Code ("NAC") Chapters 607 and 608, the Labor Commissioner hereby takes assignment of the above claim and adopts the findings of fact and conclusions in the Determination previously issued in the above-captioned matter (copy attached). This is hereby deemed the final order of the Labor Commissioner in the matter. Accordingly, $27,859.40 in unpaid wages and $7,010.40 in penalties, pursuant to NRS 608.040, for a total of $34,869.80, is due from Respondent.

Please be advised that the Final Order will be referred to the Controller's Office for collection.

In addition, this matter may be forwarded to the Attorney General for criminal prosecution pursuant to NRS 608.180.

Dated this ___ day of October, 2013.

By: _____
THORAN TOWLER
Labor Commissioner
State of Nevada

**CERTIFICATE OF MAILING**

I hereby certify that on this date, I deposited a true and correct copy of the foregoing Order into the U.S. Mail, postage thereon prepaid, to the persons listed below, at their last known addresses:

Diagnostics Research Corporation
3800 Howard Hughes Pkwy
Las Vegas, NV 89169

Dated this 16th day of October, 2013.

_____
Employee of the Nevada
State Labor Commissioner

2

HARRY REID
NEVADA

MAJORITY LEADER

# United States Senate
WASHINGTON, DC 20510–7010

July 9, 2014

Lisa Dupere
10243 Largo Sassetta Court
Las Vegas, NV 89135-2526

Dear Lisa Dupere:

    Thank you for contacting us about your wage claim issue. We have reviewed your correspondence and determined that this issue is best handled by the Office of the Labor Commissioner. Accordingly, we have forwarded your letter for their attention. You will be hearing directly from their office. If you have any questions regarding your case, please contact:

        Office of the Labor Commissioner
        555 E. Washington Avenue, Suite 4100
        Las Vegas, NV 89101
        (702) 486-2650

    Please do not hesitate to contact Senator Reid's office if you need assistance with a federal matter.

        Sincerely,

        *[signature]*

        Michael Klein
        Casework Manager for
        HARRY REID
        United States Senator

Reply to:        333 Las Vegas Boulevard South
        Suite 8016
        Las Vegas, NV 89101
        (702) 388-5020
        (702) 388-5030 fax

| B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/12) | Case Number 14–15195–abl |
|---|---|

| UNITED STATES BANKRUPTCY COURT District of Nevada |
|---|

## Notice of
## Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 7/31/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government–issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

### Creditors — Do not file this notice in connection with any proof of claim you submit to the court.
### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
DIAGNOSTICS RESEARCH CORPORATION
4001 S. DECATUR BLVD., STE. 37–369
LAS VEGAS, NV 89103

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other |
|---|---|
| 14–15195–abl | nos: |
| Judge: AUGUST B. LANDIS | 90–0651308 |

Attorney for Debtor(s) (name and address):
SAMUEL A. SCHWARTZ
6623 LAS VEGAS BLVD. SO., STE 300
LAS VEGAS, NV 89119
Telephone number: (702) 385–5544

## Meeting of Creditors
Date: **September 4, 2014**             Time: **01:00 PM**
Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **90 days after the date first set for the meeting of creditors**     For a governmental unit: **180 days after order for relief entered**

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone number: (702) 527–7000 | For the Court:<br>Clerk of Court:<br>*Mary A Schott*<br>Mary A. Schott |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 7/31/14 |