Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 14-15195-ABL |
| | ) |
| Diagnostics Research Corporation, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date:  September 17, 2014 |
| _____ | ) Hearing Time: 1:30 p.m. |

**STATUS REPORT**

The above-captioned debtor and debtor-in-possession (the "**Debtor**"), by and through its attorneys, The Schwartz Law Firm, Inc. ("**SLF**"), submits its status report as follows:

1. On July 31, 2014, the Debtor filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Between August 1, 2014 and August 5, 2014, the Debtor filed several of its first day motions including its bank accounts motion, utilities motion, motion to reject contracts and application to employ SLF as its bankruptcy attorneys.

3. On August 5, 2014, the Debtor filed its Chapter 11 plan of reorganization, related disclosure statement and procedures motion.

4. On August 26, 2014, the Debtor's representative appeared and attended the initial debtor interview with the United States Trustee's Office.

5. On September 3, 2014, this Court held hearings on the Debtor's first day

1

motions.

6. On September 4, 2014, the Debtor's representative appeared and attended the 341 meeting of creditors.

7. At this time, the Debtor is stabilizing its business operations and negotiating with its creditors and other parties in interest. The hearing on the disclosure statement is currently set for September 24, 2014. The Debtor understands that the United States Trustee's Office and other creditors have raised issues regarding the adequacy of disclosures contained in the disclosure statement.

8. Accordingly, the Debtor will work to resolve such disclosure issues and/or amend its disclosure statement prior to the hearing scheduled for September 24, 2014.

9. Once the disclosure statement is approved, the Debtor intends to solicit its Chapter 11 plan or reorganization and continue prosecuting its Chapter 11 case through confirmation.

Dated this 12th day of September, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
NevadaBar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor