_____
Mary A. Schott
Clerk of Court

Entered on Docket
September 19, 2014

MCDONALD CARANO WILSON LLP
Aaron D. Shipley, Esq. (NV Bar No. 8258)
Ryan J. Works, Esq. (NV Bar No. 9224)
Amanda M. Perach, Esq. (NV Bar No. 12399)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone Number: (702) 873-4100
Facsimile Number: (702) 873-9966
ashipley@mcdonaldcarano.com
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Counsel for RBC Distribution, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re DIAGNOSTICS RESEARCH CORPORATION,<br><br>Debtor. | Case No.: 14-15195-abl<br><br>Chapter 11<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF JOSEPH HARRIS PURSUANT TO FED. R. BANKR. P. 2004**<br><br>**Examination Date:   October 7, 2014**<br><br>**Examination Time:   9:00 a.m.**<br><br>**Location: McDonald Carano Wilson 2300 West Sahara Avenue Suite 1200 Las Vegas, Nevada 89102** |
|---|---|

Upon the *Ex Parte Application for Examination of Joseph Harris Pursuant to Fed. R. Bankr. P. 2004* (the "Ex Parte Application") filed by RBC Distribution, LLC ("RBC"), and good cause appearing therefor;

1  IT IS HEREBY ORDERED that the Ex Parte Application is GRANTED and Joseph Harris shall appear for an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure on October 7, 2014 at 9:00 a.m., or other mutually agreeable date and time. The examination will take place at the law offices of McDonald Carano Wilson LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, Nevada 89102, and be recorded by a certified court reporter by stenographic means. The examination may continue from day to day until completed.

PREPARED AND SUBMITTED BY:

**MCDONALD CARANO WILSON LLP**

By */s/ Amanda M. Perach*
AARON D. SHIPLEY, ESQ. (NVBN 8258)
RYAN J. WORKS, ESQ. (NVBN 9224)
AMANDA M. PERACH, ESQ. (NVBN 12399)
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Counsel for RBC Distribution, LLC*